# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BRANDON CHE LEE,

    Petitioner,

vs.

COLLINS, *et al.*,

    Respondents.

Case No. 2:15-cv-01540-APG-NJK

**ORDER**

This is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241. The petition challenges petitioner's conviction of federal criminal charges in the United States District Court for the Central District of California, Santa Ana Division. By order filed October 22, 2015, this Court transferred the case to the Central District of California. (ECF No. 8). Petitioner has filed a "motion to reopen" this case, which the Court construes as a motion for reconsideration. (ECF No. 11). Petitioner has failed to make an adequate showing under either Rule 59(e) or Rule 60(b) to justify granting his motion for reconsideration.

**IT IS THEREFORE ORDERED** that petitioner's motion for reconsideration (ECF No. 11) is **DENIED.**

Dated this 3rd day of February, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE